# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E2051868 | Rodriguez | 18695 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/07/2023  2354
**Offense Charged:** ☒ State Code — NCGS 20-138.1
**Place of Offense:** All American Expy.
**Offense Description: Factual Basis for Charge:** IMPAIRED DRIVING

~~SFT~~ ~~CPS~~ SPC

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| THOMPSON | JUSTIN | M |

| City | State | Zip Code |
|---|---|---|
| Ft Liberty | NC | 28307 |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy


5:23-mj-02217-KS   Document 1   Filed 10/17/23   Page 1

*E2051868*

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **07 OCT**, 20**23** while exercising my duties as a law enforcement officer in the **Eastern** District of **NC**

At 2354 hrs, 07 Oct 23, ACP Guard Flynn while conducting Access Control Operations at ACP 5 (All American Gate) All American Expy., inspected a grey in color Toyota Corolla, FL PJR-Q57, operated by Thompson. Upon approach of the vehicle, Flynn detected an odor of alcohol emitting from Thompson's person. 5-3 Rodriguez responded to the gate and upon approach of Thompson's vehicle detected an odor of alcohol emitting from Thompson's person. Standardized Field Sobriety Tests were conducted, which warranted further action. Thompson identified himself as noncommissioned officer. Thompson was apprehended, transported to the Fort Liberty Law Enforcement Center, administered an Intox EC/IR II test, resulting in .14% AC. Thompson was issued one citation with his mandatory court appearance at 0800 hrs, 18 Oct 23. Thompson's DNA was submitted Kit#0347553. Thompson was advised of his legal rights on a DA FM 3881, which he invoked, declining to make a statement or say anything. No video evidence available due to inability to access MFLEETS system.

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/07/2023**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge