UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:23-MJ-02217

UNITED STATES OF AMERICA

Vs.                       DEFENDANT'S UNOPPOSED
                                                  MOTION TO CONTINUE

JUSTIN M. THOMPSON,
         Defendant

       Defendant, Justin M. Thompson, by and through undersigned counsel and pursuant to 18 U.S.C. Section 3161(h)(8), and Local Criminal Rule 47.1(h), respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, Defendant presents the following:

       1. Undersigned counsel requests additional time to allow Defendant to retain counsel;

       2. This is the 4th continuance motion filed by undersigned counsel;

       3. Special Assistant United States Attorney Henry Robert Carras, JA who represents the Government in this matter, has been consulted about this and does not oppose this motion;

       4. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial; and

       5. If this Motion is granted, Defendant will next appear in court at 8:30 a.m. on April 24, 2024, and understands that failure to appear may result in the issuance of an arrest warrant.

       Respectfully requested, this 3rd day of April, 2024.

       /s/REED N. NOBLE
       REED N. NOBLE, Attorney for Defendant
       5114 Yadkin Road, Suite 100
       Fayetteville, NC 28303
       (910) 864-2667 Office
       (910) 864-9407 Fax
       Reed.noble@yahoo.com Email
       N.C. Bar #: 9977
       Retained

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

       Henry Robert Carras, JA
       Special Assistant U.S Attorney
       OSJA XVIII Airborne Corps
       Federal Litigation division
       2175 Reilly Road, Stop A
       Fort Bragg, NC 28310-5000
       Telephone: 910 396-1222, Fax: 910 396-8153
       Email: henry.r.carras.mil@army.mil

by electronically filing the foregoing with the Clerk of Court on April 3, 2024 using the CM/ECF system which will send notification of such filing to the above.

This the 3rd day of April, 2024.

       REED N. NOBLE, Attorney at Law
       /S/ REED N. NOBLE, Attorney for the Defendant
       N.C. State Bar Number 9977
       5114 Yadkin Road, Suite 100
       Fayetteville, NC 28303
       Phone (910) 223-7600
       FAX (910) 864-9393
       EMAIL: reed.noble@yahoo.com